UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:21-mj-130-JHR |
| ) | (18 U.S.C. §§ 2251(a) and (e)) |
| CAMERON EAGLE ) | |
| Defendant ) | |

## CRIMINAL COMPLAINT

I, David J. Pawson, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

### COUNT ONE
### Sexual Exploitation of Female Minor A
### (18 U.S.C. § 2251)

On about May 9, 2020, in the District of Maine, the defendant,

**CAMERON EAGLE**

knowingly employed and used a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct. The visual depiction was of Female Minor Child A and the visual depiction was actually transmitted using a means and facility of interstate commerce, and did attempt to do so.

Thus, the defendant violated Title 18, United States Code, Section 2251(a) and (e).

I further state that I am a Special Agent with the Department of Homeland Security. This Complaint is based on those facts which are set forth in my affidavit which is attached hereto and incorporated by reference.

David Pawson

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: May 20 2021

City and state: Portland, ME

John H. Rich III, U.S. Magistrate Judge
Printed name and title