UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>CAMERON EAGLE        ) | Criminal No. 2:21-cr<br>(18 U.S.C. §§ 2252A(a)(3)(B), (b)(1)) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### Solicitation of Child Pornography

On about May 9, 2020, in the District of Maine, the defendant,

**CAMERON EAGLE,**

knowingly solicited material, in and affecting commerce, in a manner that reflected the belief that the material contained a visual depiction of an actual minor engaging in sexually explicit conduct. Specifically, Eagle used the internet and a cellular telephone to request and receive a livestream video depicting Female Minor Child A engaged in sexually explicit conduct.

Thus, the defendant violated Title 18, United States Code, Sections 2252A(a)(3)(B) and (b)(1).

Dated: August 18, 2021

_____
Darcie N. McElwee
Assistant United States Attorney