UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:21cr-00131-JDL |
| | ) | |
| CAMERON EAGLE | ) | |
| | ) | |

**PROSECUTION VERSION**

If this case were to proceed to trial, the government would prove that on about May 9, 2020, in the District of Maine, and elsewhere, the defendant solicited child pornography, in violation 2252A(a)(3)(B) and (b)(1). The government would prove the following facts through witness testimony, physical evidence and documentary evidence.

On May 12, 2020, a mother from Cumberland County, Maine reported to law enforcement that her 14-year-old daughter ("Female Minor A") had received concerning images on her iPhone. The same day, Female Minor A and her mother consented to a review of the iPhone by Special Agent David Pawson of Homeland Security Investigations, who also arranged for a forensic interview of Female Minor A to be conducted.

The review of the iPhone revealed the aforementioned images of a yet unidentified male (not Cameron Eagle) and a download of the application known as Cash App. On this application, SA Pawson observed that on May 9, 2020, Female Minor A received a payment of $93 from another Cash App user with a "$Cashtag"[1] of "cameroneagle."

---

[1] A "$Cashtag" is a unique identifier for individuals and businesses using Cash App.

On June 24, 2020, Female Minor A submitted to a forensic interview during which she disclosed that she received $93 through Cash App from a man who offered to pay her to "play with her pussy" while he watched her live on a social media platform known as Omegle.com.[2] During a subsequent forensic interview conducted by HSI later the same day, Female Minor A further disclosed that during the Omegle connection on May 9, 2020, she also showed the man her breasts and vagina, in addition to masturbating, in exchange for money paid to her via Cash App. She also confirmed during this second interview that the sender's Cash App $Cashtag was "cameroneagle." Female Minor A reported that during the Omegle connection with "cameroneagle," she was physically at her residence in Cumberland County, Maine. At the time, she was 14 years old.

On August 19, 2020, Female Minor B, also 14-years old, was forensically interviewed and reported that she was present with Female Minor A during part of the Omegle.com chat on May 9, 2020 at Female Minor A's home in Maine. During the interview, Female Minor B was shown a series of pictures extracted from her device during a forensic examination previously obtained on August 14, 2020 with consent of Female Minor B and her father. One of these photographs was of Female Minor A's laptop displaying the Omegle.com chat that occurred on May 9, 2020 between Female Minor A and the "cameroneagle" $Cashtag user. The photo, which also depicts Female

---

[2] Omegle.com is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one video chat sessions where they chat anonymously using the names "You" and "Stranger."

2

Minor B holding her phone within the Omegle.com video chat box, was reportedly taken by Female Minor B.

According to records from Square, Inc., the parent company of Cash App, the defendant, Cameron Eagle of Stuart, Florida, is the account holder of the $Cashtag "cameroneagle." Cash App also provided other identifiers for the account holder, including a date of birth, social security number, and a Compass Bank credit card associated with the account. Each of these identifiers belongs to the defendant.

Additional payment information provided by Square, Inc. reflected that the user of the "cameroneagle" account made several payments to Female Minor A on May 9, 2020, and that other similar payments in small denominations to other Cash App accounts were made the same day, and on other dates in May and June 2020. Square, Inc. records show that one such recipient account belongs to Female Minor B, who received a $10 payment from $Cashtag "cameroneagle" on May 9, 2020. According to the records, two additional payments were requested from the defendant within 15 minutes of the $10 payment, but both were unpaid by his account. Female Minor B was then reported to Cash App by "cameroneagle" as "abusive." Female Minor B denied performing sexual acts for any payment.

Square, Inc. records additionally show that the user of the "cameroneagle" account accessed the internet from IP address 66.176.134.192 on May 9, 2020. According to records from Comcast, Inc., the subscriber of that IP address is C.E., who has the same Stuart, Florida address and telephone number as the defendant. Follow-up

investigation into AT&T subscriber records and Florida DMV records also lead to the defendant at the Stuart, Florida address.

On May 20, 2021, SA Pawson and HSI agents from Florida executed a federal search warrant at the defendant's residence and he submitted to a voluntarily, recorded interview. When asked why he thought the agents were there to conduct a search of his home, the defendant responded that he thought it was because he goes online and talks to girls who he believed to be minors. The defendant further informed agents that he is sexually attracted to "young looking" females who he views online on sites such as Omegle.com. The defendant further explained that when he gets into a "state of mind" where he needs to satisfy his needs, he would use Omegle.com because he knew he would have access to younger females. The defendant also said these are things he does online that he would never do in the real world. The defendant said he has a problem being attracted to girls that may not be of legal age.

The defendant then explained the process where other random participants would pop up on the Omegle.com screen, some of which were female of various ages and some were men. He said he would type the phrase "Cash App?" into the text message space and wait for an answer. If the female accepted Cash App, he would make small payments to the females in exchange for them removing their clothing, increasing payments for sexual activities performed, such as masturbation.

The defendant verified that the Cash App $Cashtag "cameroneagle" was associated with an account that he established after he first began using Omegle.com.

4

A subsequent forensic examination of the defendant's two mobile devices seized during the Florida search warrant revealed no child pornography.

Dated: August 18, 2021

_____
Darcie N. McElwee
Assistant United States Attorney