UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. CAMERON EAGLE

DOCKET NO: 2:21-cr-00131-JDL

PROCEEDING TYPE: SENTENCING HEARING

## Exhibit List from the Sentencing Hearing held on February 15, 2022

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | A |  | Letter from Z. Zareefa Khan, Esq., Immigration Lawyer | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | B |  | Family Photos | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | C |  | Letter from Bob Wurhman | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | D |  | Letter from Charmaine Barreto, PhD | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | E |  | Letter from Lecia Brady | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | F |  | Letter from Jill Fenster, LCSW | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | G |  | Letter from Tiago Morelli | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | H |  | Packet of Character Letters | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | I |  | Letter from Carly Eagle | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | J |  | Letter from Carly Gullickson | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | K |  | Letter from William Gullickson | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | L |  | SEALED EXHIBIT | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |
|  | M |  | United States Sentencing Commission 2020 Sourcebook of Sentencing Variance Sentence for Child Pornography Offenders | 2/15/2022 | 2/15/2022 |  | 2/15/2022 |